Decided September 18, 1996

STATE OF CONNECTICUT *v.* PAULA CORRIGAN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 359 (AC 13332), is denied.

*Michael A. Blanchard,* in support of the petition.

*Timothy J. Sugrue,* executive assistant state's attorney, in opposition.

Decided September 18, 1996